**FILED**

01/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0474

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0474

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BENJAMIN PITKANEN III,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 1, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 19 2021